# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE ACOSTA,**<br><br>        **Plaintiff**<br><br>        **v.**<br><br>**YOUNG KIM, individually and d.b.a. McKinley Car Wash, et al.,**<br><br>        **Defendants** | **CASE NO. 1:16-CV-197 AWI EPG**<br><br>**ORDER CLOSING CASE IN LIGHT OF NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>(Doc. No. 9) |

On April 26, 2016, following a notice of settlement, Plaintiff filed a notice of voluntary dismissal with prejudice. See Doc. No. 9.

Rule 41(a)(1), in relevant part, reads:

> (A) . . . the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared. . . . (B) Unless the notice or stipulation states otherwise, the dismissal is without prejudice.

The filing of a notice of voluntary dismissal with the court automatically terminates the action as to the defendants who are the subjects of the notice. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995)

Here, no answers to Plaintiff's complaint and no motions for summary judgment have been filed in this case, and it appears that no such documents have been served. Because Plaintiff has

exercised his right to voluntarily dismiss his complaint with prejudice under Rule 41(a)(1), this case has terminated automatically.  See Fed. R. Civ. P. 41(a)(1)(A)(i); Wilson, 111 F.3d at 692.

    Accordingly, IT IS HEREBY ORDERED that the Clerk shall CLOSE this case in light of Plaintiff's Rule 41(a)(1) voluntary dismissal with prejudice.

IT IS SO ORDERED.

Dated:  April 29, 2016

SENIOR DISTRICT JUDGE